IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIK L. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:17-cv-00660 |
| | ) Judge Trauger |
| TONY C. PARKER, ET AL., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

On January 16, 2019, the magistrate judge issued a Report and Recommendation (DE #26), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Defendant Westbrooks's Motion to Dismiss (Docket No. 22) is DENIED as moot.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 4th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge